IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

IN THE MATTER OF:  
Bobby Timothy Johns  
Debtor(s)

CHAPTER 7, CASE NO. 17-11854-SDB

TRUSTEE'S FILE NO.

## TRUSTEE'S REPORT OF INVENTORY AND REPORT OF ABANDONMENT OF PROPERTY

| | VALUE | CLAIMED AS EXEMPTION | ABANDONED |
|---|---|---|---|
| **Real Estate** | | | |
| **Cars, vans, trucks, tractors, SUV's, motorcycles** | | | |
| 2013 Ford Taurus mileage: ~145,000 Fair condition | $ 10,450.00 | $ 0.00 | |
| 2011 Dodge Ram mileage: ~112,000 Good | $ 10,725.00 | $ 0.00 | |
| 1987 Ford Pickup mileage: ~200,000 Inoperable | $ 500.00 | $ 500.00 | |
| **Watercraft, aircraft, motor homes, ATVs/rec. vehicles** | | | |
| **Household Goods/Furnishings** | $ 2,850.00 | $ 2,350.00 | |
| **Electronics** | $ 230.00 | $ 230.00 | |
| **Collectibles of value** | $ | $ | |
| **Equipment for sports and hobbies** | | | |
| **Firearms** | | | |
| **Clothes (Includes furs, designer wear, shoes, accessories)** | $ 200.00 | $ 200.00 | |
| **Jewelry** | $ 100.00 | $ 100.00 | |
| **Non-farm animals** | | | |
| **Cash on Hand** | $ | $ | |
| **Deposits in banks, etc.** | | | |
| Queensborough | $ 280.00 | $ 280.00 | |
| **Stocks/Bonds** | | | |
| **Business Interests** | | | |
| **Pension/Retirement** | | | |
| 401(k) | $ 40,000.00 | $ 40,000.00 | |
| **Licenses, franchises, and other general intangibles** | | | |
| **Insurance Policies** | | | |
| Lincoln Financial Group | $ 1.00 | $ 1.00 | |
| **Tax Refunds** | $ | $ | |
| **Accounts Receivable** | | | |
| **Contingent Claims of Every Nature** | | | |
| **Office Equipment** | | | |
| **Machinery/Equipment** | | | |
| **Inventory** | | | |
| **Farm or Comm. Fishing Equip./Supplies/Farm animals** | $ | $ | |

Other Personal Property of Any Kind

    NOW COMES, Joseph E. Mitchell, III, Trustee of the estate of the above-named debtor(s) and files this report of inventory and abandonment with respect to the property of the bankruptcy estate.

Dated:    07/10/19

_____
Joseph E. Mitchell, III, Trustee